Case 11-04118    Doc 64    Filed 02/10/12    Entered 02/10/12 16:18:53    Desc Main
                                Document         Page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Kent Leonard
Susan Leonard

Debtor(s)

Case No.: 11 B 04118

Chapter: 13

Judge A. Benjamin Goldgar

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Kent Leonard, Susan Leonard, Debtor(s), 1459 Berkley Court, Deerfield, IL 60015
Andrew G. Youra, Attorney for Debtor(s), 208 N. West Street, Suite 100, Waukegan, IL 60085

You are hereby notified that debtor(s) is(are) due to JP MORGAN CHASE BANK, N.A. FKA BANKONE N.A. for the contractual mortgage payment due 11/15/2011. As of the 12/14/2011 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 11/15/2011 through 12/14/2011 post-petition mortgage payments, with the 01/15/2012 coming due. The current mortgage payment amount due for 11/15/11 is $276.03, 12/15/11 is $267.12 and 1/15/12 is $275.92. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 03/12/2012, JP MORGAN CHASE BANK, N.A. FKA BANKONE N.A.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on February 10, 2012.

/s/ Maria Georgopoulos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-11-08139)**

NOTE: This law firm is deemed to be a debt collector.